## EX PARTE HARVEY L. MYERS.

### No. 3110. Decided April 15, 1914.

**Murder—Habeas Corpus—Bail—Newly Discovered Evidence.**

While the alleged newly discovered evidence hardly came within the rule, yet the court below reduced the bail and the same, as so reduced, not being excessive, there was no error.

Appeal from the District Court of Jefferson. Tried below before the Hon. W. H. Davidson.

Appeal from a habeas corpus proceeding reducing bail.

The opinion states the case.

*Blain & Howth,* for relator.

*C. E. Lane,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Relator was arrested, charged with murder. Upon the trial under habeas corpus he was admitted to bail in the sum

of $7500. Failing to give bond, he resorted to writ of habeas corpus. for the reduction of bail, among other things filing affidavit of newly discovered evidence, which was to the effect that he was very drunk at the time he committed the offense. This was hardly newly discovered, but in any event the second writ was awarded and the bond reduced to $6000. It is the practice of this court not to indulge in a discussion of the facts as a basis for the conclusion reached on the question of bail. However, we are of opinion that the bail is not excessive.

The judgment is affirmed.

*Affirmed.*